# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NICHOLAS GARNSEY** and **NICHOLE GARNSEY,**
Appellants,

v.

**FIRST PROTECTIVE INSURANCE COMPANY** d/b/a **FRONTLINE INSURANCE,**
Appellee.

No. 4D19-3961

[June 4, 2020]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 562019CA001523.

Earl I. Higgs Jr. of Higgs Law, P.A., Orlando, for appellants.

Jay M. Levy and Ryan L. Marks of Jay M. Levy, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***